IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAUL BAKER, et al.,

                Plaintiff,        Case No. 3:05 CV 7247

-vs-                                    O R D E R

REXAM, INC., etc., et al,

                Defendant.

KATZ, J.

Pursuant to the stipulation of the parties filed April 17, 2006 (Doc. No. 53) Defendants' motion to transfer (Doc. No. 47) is granted subject to the conditions and stipulations set forth therein.

The Clerk is directed to transfer this case to the United States District Court for the District of Minnesota.

IT IS SO ORDERED.

                                                            s/ *David A. Katz*
                                                            DAVID A. KATZ
                                                            U. S. DISTRICT JUDGE.